B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Majesky Automotive Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**43-2034699** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5355 Miller Circle Drive**<br>**Matteson, IL**                    ZIP Code **60443** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Majesky Automotive Group, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Majesky Automotive Group, Inc.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X  **/s/ Abraham Brustein**<br>Signature of Attorney for Debtor(s)<br><br>**Abraham Brustein 0327662**<br>Printed Name of Attorney for Debtor(s)<br><br>**DiMonte and Lizak, LLC**<br>Firm Name<br><br>**216 Higgins Road**<br>**Park Ridge, IL 60068**<br><br>Address<br><br>**(847) 698-9600  Fax: (847) 698-9623**<br>Telephone Number<br><br>**May  7, 2008**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **/s/ Robert M. Majesky**<br>Signature of Authorized Individual<br><br>**Robert M. Majesky**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**May  7, 2008**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Majesky Automotive Group, Inc.**                              Case No.
                                                Debtor(s)              Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **A&J Products**<br>**7554 West 99th Place**<br>**Bridgeview, IL 60455** | **A&J Products**<br>**7554 West 99th Place**<br>**Bridgeview, IL 60455** | | | **2,175.11** |
| **ABC Automotive Electronics**<br>**1401 Landmeier Road**<br>**Elk Grove Village, IL 60007** | **ABC Automotive Electronics**<br>**1401 Landmeier Road**<br>**Elk Grove Village, IL 60007** | | | **3,249.85** |
| **Ace Tech, Inc.**<br>**3271 Five Points Drive**<br>**Auburn Hills, MI 48326** | **Ace Tech, Inc.**<br>**3271 Five Points Drive**<br>**Auburn Hills, MI 48326** | | | **8,696.80** |
| **ADP Commercial Leasing**<br>**PO Box 34656**<br>**Newark, NJ 07189** | **ADP Commercial Leasing**<br>**PO Box 34656**<br>**Newark, NJ 07189** | | | **6,764.78** |
| **ADP Dealer Services**<br>**1950 Hassell Road**<br>**Hoffman Estates, IL 60169** | **ADP Dealer Services**<br>**1950 Hassell Road**<br>**Hoffman Estates, IL 60169** | | | **15,658.97** |
| **BG Products of Illinois**<br>**PO Box 181180**<br>**Fairfield, OH 45018** | **BG Products of Illinois**<br>**PO Box 181180**<br>**Fairfield, OH 45018** | | | **19,481.39** |
| **Car.Com, Inc.**<br>**PO Box 30860**<br>**Los Angeles, CA 90030** | **Car.Com, Inc.**<br>**PO Box 30860**<br>**Los Angeles, CA 90030** | | | **2,340.00** |
| **Carnica, Inc.**<br>**1575 E. Oakton Street**<br>**Des Plaines, IL 60018** | **Carnica, Inc.**<br>**1575 E. Oakton Street**<br>**Des Plaines, IL 60018** | | | **3,050.00** |
| **Dealer Impact Systems**<br>**7725 Douglas Avenue**<br>**Urbandale, IA 50322** | **Dealer Impact Systems**<br>**7725 Douglas Avenue**<br>**Urbandale, IA 50322** | | | **6,963.09** |
| **Enterprise Rent-A-Car**<br>**3270 W. Lincoln Hwy**<br>**Park Forest, IL 60466** | **Enterprise Rent-A-Car**<br>**3270 W. Lincoln Hwy**<br>**Park Forest, IL 60466** | | | **7,387.20** |
| **Five Star Management**<br>**5343 Miller Circle Driv**<br>**Matteson, IL 60443** | **Five Star Management**<br>**5343 Miller Circle Driv**<br>**Matteson, IL 60443** | | | **7,502.84** |
| **Greater Chicago Auto Auction**<br>**20401 Cox Avenue**<br>**Matteson, IL 60443** | **Greater Chicago Auto Auction**<br>**20401 Cox Avenue**<br>**Matteson, IL 60443** | | | **15,327.59** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Majesky Automotive Group, Inc.**                                              Case No.
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Interactive Financial Marketing**<br>**PO Box 3854**<br>**Norfolk, VA 23514** | Interactive Financial Marketing<br>PO Box 3854<br>Norfolk, VA 23514 | | | **4,431.30** |
| **National Credit Center, Inc.**<br>**2605 Camino Del Rios**<br>**#400**<br>**San Diego, CA 92108** | National Credit Center, Inc.<br>2605 Camino Del Rios<br>#400<br>San Diego, CA 92108 | | | **7,454.64** |
| **Procount Services Inc.**<br>**12729 Waterford Blvd**<br>**Plainfield, IL 60585** | Procount Services Inc.<br>12729 Waterford Blvd<br>Plainfield, IL 60585 | | | **4,782.95** |
| **RPM n/k/a One Command**<br>**11500 Northlake Drive**<br>**Cincinnati, OH 45249** | RPM n/k/a One Command<br>11500 Northlake Drive<br>Cincinnati, OH 45249 | | | **6,532.24** |
| **S&S Automotive, Inc.**<br>**740 N. Larch Avenue**<br>**Elmhurst, IL 60126** | S&S Automotive, Inc.<br>740 N. Larch Avenue<br>Elmhurst, IL 60126 | | | **11,869.42** |
| **Snap-On Equipment Solutions**<br>**27001 Network Place**<br>**Chicago, IL 60673** | Snap-On Equipment Solutions<br>27001 Network Place<br>Chicago, IL 60673 | | | **2,104.11** |
| **Sutton Ford Superstore**<br>**21315 Central Avenue**<br>**Matteson, IL 60443** | Sutton Ford Superstore<br>21315 Central Avenue<br>Matteson, IL 60443 | | | **1,992.41** |
| **The AD People, Inc.**<br>**1411 Opus Place**<br>**Downers Grove, IL 60515** | The AD People, Inc.<br>1411 Opus Place<br>Downers Grove, IL 60515 | | | **41,500.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May  7, 2008**                              Signature  **/s/ Robert M. Majesky**
                                                                **Robert M. Majesky**
                                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                  18 U.S.C. §§  152 and 3571.

1st Muffler & Brakes
3780 Lincoln Hwy
Olympia Fields, IL 60461


A&J Products
7554 West 99th Place
Bridgeview, IL 60455


ABC Automotive Electronics
1401 Landmeier Road
Elk Grove Village, IL 60007


Ace Tech, Inc.
3271 Five Points Drive
Auburn Hills, MI 48326


ADP Commercial Leasing
PO Box 34656
Newark, NJ 07189


ADP Dealer Services
1950 Hassell Road
Hoffman Estates, IL 60169


All-Right Sign, Inc.
3628 Union Avenue
Steger, IL 60475


Alldata, LLC
PO Box 848379
Dallas, TX 75284


Allied Business Services
PO Box 7522
Clearwater, FL 33758


Allison Realty, LLC
5355 Miller Circle Drive
Matteson, IL 60443


APD Enterprises, Inc.
Dealer Specialties
PO Box 556
Griffith, IN 46319

APPS Communications, Inc.
10470 W. 164th Place
Orland Park, IL 60467


Arnie Bauer Buick Pontiac GMC
5525 Miller Circle Drive
Matteson, IL 60443


Arnie Bauer Cadillac
5501 Miller Circle Drive
Matteson, IL 60443


AT&T
PO Box 9001310
Louisville, KY 40290


Auto Guard, Inc.
2126 Brookdale Lane
Palatine, IL 60067


Automotive Parts Service, Co.
2600 Keslinger Road
Suite A
Geneva, IL 60134


Autoweb.com
PO Box 30860
Los Angeles, CA 90030


Axles Etc., Inc.
2800 Bernice Road
Lansing, IL 60438


B&B Radiators Welding
231 West Lincoln Hwy
Chicago Heights, IL 60411


Balloon Promotions
30 Sherwood Lane
Suite F
Fairfield, NJ 07004


Bar None, Inc.
PO Box 509125
San Diego, CA 92150

BG Products of Illinois
PO Box 181180
Fairfield, OH 45018


Bulk Master
295 Eastgate Industrial Parkway
Kankakee, IL 60901


C&J Auto Parts, Inc.
3200 S. Archer
Chicago, IL 60608


Callcommand
11500 Northlake Drive
#240
Cincinnati, OH 45249


Car Parts Unlimited Distributors
3825 W. Lake Street
Chicago, IL 60624


Car.Com, Inc.
PO Box 30860
Los Angeles, CA 90030


Carfax
PO Box 79001
Detroit, MI 48279


Carnica, Inc.
1575 E. Oakton Street
Des Plaines, IL 60018


Certegy Check Services, Inc.
PO Box 30038
Tampa, FL 33630


Cintas The Uniform People
PO Box 88
Hammond, IN 46325


CIQ, Inc.
611 Druid Drive
Clearwater, FL 33756

```
Community Honda
8340 W. 159th Street
Orland Park, IL 60462


David Capistran Service
17856 Bock Road
Lansing, IL 60438


Dealer Impact Systems
7725 Douglas Avenue
Urbandale, IA 50322


Dealer Specialties-DLS
PO Box 3250
Norfolk, VA 23514


Dealerlink, Inc.
14221 Ballantyne Country Club Drive
Charlotte, NC 28277


Dealertrack, Inc.
 Po Box 6129
New York, NY 10087


Dentech PDR, Inc.
25529 Northcrest Drive
Minooka, IL 60447


Ding Doctor, Inc.
13713 W. Cavecreek Court
Homer Glen, IL 60491


Drivingleads.Com, LLC
405 Park Avenue
New York, NY 10022


E&R Towing
16325 S. Crawford
Markham, IL 60426


Elite Equipment Services
20500 E. 1500 N. Road
Pontiac, IL 61764
```

```
Enterprise Rent-A-Car
3270 W. Lincoln Hwy
Park Forest, IL 60466


Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274


Five Star Management
5343 Miller Circle Driv
Matteson, IL 60443


Frame Tech, Inc.
7319 Duvan Drive
Tinley Park, IL 60477


G&H Import Auto Parts, Inc.
9734 S. Cicero Avenue
Oak Lawn, IL 60453


Globalcom.Inc.
4070 Paysphere Circle
Chicago, IL 60674


Gordon and Karr, LLP
150 North Wacker Drive
Chicago, IL 60606


Greater Chicago Auto Auction
20401 Cox Avenue
Matteson, IL 60443


Gregory J. Jordan
Two Prudential Plaza
180 N. Stetson, Suite 4525
Chicago, IL 60601


HDT & Supplies
37320 Atlanta Street
Palmdale, CA 93552


Illiana Financial, Inc.
PO Box 1127
Elmhurst, IL 60126
```

Inland Arts & Graphics
14440 W. Edison Drive
New Lenox, IL 60451


Interactive Financial Marketing
PO Box 3854
Norfolk, VA 23514


It's A Green Thing
PO Box 1721
Matteson, IL 60443


J&J's Creative Colors
PO Box 112
Oak Forest, IL 60452


Joe Rizza Ford
8100 West 159th Street
Orland Park, IL 60462


Keystone
3327 West 47th Place
Chicago, IL 60632


KREX, Inc.
450 Skokie Boulevard
Building 200
Northbrook, IL 60062


Land and Lakes Disposal
21900 S. Central Avenue
Matteson, IL 60443


Laurel Audi of Tinley Park
8021 W. 159th Street
Tinley Park, IL 60477


Levin Tire Center
4646 W. Lincoln Hwy
Matteson, IL 60443


Lincoln Plaza Auto Parts
25731 Governors Hwy
Monee, IL 60449

LKQ Corp.
2101 Beloit Avenue
Janesville, WI 53546


Loran J. Critchett and Sons, Inc.
4140 West 127th Street
Alsip, IL 60803


M&V Service, Inc.
25602 S. Linden Avenue
Monee, IL 60449


Martech Automotive Distribution Inc
109 S. Taylor Street
Marengo, IL 60152


Martin Boyer Company, Inc.
PO Box 71032
Chicago, IL 60694


Master Auto Supply, Ltd.
22 East Lincoln Hwy
Frankfort, IL 60423


Midwest Welding Supply
2205 South Halsted Street
Chicago Heights, IL 60411


Miller Corcoran Buick Pontiac
5501 Miller Circle Drive
Matteson, IL 60443


Model Electronics
615 E. Crescent
Ramsey, NJ 07446


Monarch Auto Supply, Inc.
1112 Halsted Street
Chicago Heights, IL 60411


National Credit Center, Inc.
2605 Camino Del Rios
#400
San Diego, CA 92108

```
Neopost, Inc.
PO Box 45800
San Francisco, CA 94145


Oncecommand, Inc.
PO Box 200245
Pittsburgh, PA 15251


Paulson Oil Company
PO Box 903
Chesterton, IN 46304


Phillips Chevrolet
33 W. Lincoln Hwy
Frankfort, IL 60423


Planet Toyota
5540 Auto Court
Matteson, IL 60443


Procount Services Inc.
12729 Waterford Blvd
Plainfield, IL 60585


Program One
960 Rand Road
Suite 102
Des Plaines, IL 60016


Quill Corporation
PO Box 37600
Philadelphia, PA 19101


RPM n/k/a One Command
11500 Northlake Drive
Cincinnati, OH 45249


S&S Automotive, Inc.
740 N. Larch Avenue
Elmhurst, IL 60126


Salesgenie.Com
PO Box 3603
Omaha, NE 68103
```

```
Scott's U-Save
3530 Chicago Road
Steger, IL 60475


Secure Solutions, Inc.
12073 Holly Court
Lemont, IL 60439


Snap-On Business Solutions
23756 Network Place
Chicago, IL 60673


Snap-On Equipment Solutions
27001 Network Place
Chicago, IL 60673


South Oak Dodge
4550 West Lincoln Hwy
Matteson, IL 60443


Southlake Kia
4501 E. Lincoln Hwy
Merrillville, IN 46410


Southside Autobath
12 W. Sauk Trail
South Chicago Heights, IL 60411


Stg Commercial Credit
PO Box 419327
Kansas City, MO 64141


Superior Elevator Company
13722 Logan Drive
Orland Park, IL 60467


Sutton Ford Superstore
21315 Central Avenue
Matteson, IL 60443


Tele Direct Call Centers
4741 Madison Avenue
Suite 200
Sacramento, CA 95841
```

The AD People, Inc.
1411 Opus Place
Downers Grove, IL 60515


The Reynolds and Reynolds Company
23150 Network Place
Chicago, IL 60673


The Tire Rack Wholesale
7101 Vorden Parkway
South Bend, IN 46628


Thomas Kia
9825 Indianapolis Blvd
Highland, IN 46322


Tire Rack Wholesale
7101 Vorden Parkway
South Bend, IN 46628


Top Coverage South
7520 West 98th Place EN
Bridgeview, IL 60455


Tri City Garage Doors, Inc.
225 Harvard Avenue
Bourbonnais, IL 60914


TWAS Recovery, Inc.
PO Box 164
Crete, IL 60417


U S Gas
11618 S. Mayfield Avenue
Alsip, IL 60803


UPS
Lock Box 577
Carol Stream, IL 60132


Van's Paintless Dent Repair
3500 E. 87th Avenue
Crete, IL 60417

```
Volkswagen
PO Box 78212
Detroit, MI 48278


VW of Orland Park
8920 W. 159th Street
Orland Park, IL 60462


Warehouse Direct Office Products
1601 W. Algonquin Road
Mount Prospect, IL 60056


Wheel Wax
PO Box 1146
Parker, CO 80134


Who's Calling
PO Box 3675
Seattle, WA 98124


Woodward & Associates, Inc.
1707 Clearwater Avenue
Bloomington, IL 61702
```