IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ) | Chapter 11 |
| ) | |
| MAJESKY AUTOMOTIVE GROUP, ) | Case No.: 08-11580 |
| INC., ) | |
| ) | |
| Debtor. ) | |
| ) | Hon. Carol A. Doyle |
| ) | Hearing Date: September 18, 2008, |
| ) | 11:30 a.m. |

## FINAL ORDER DETERMINING AMOUNT OF FIFTH THIRD BANK CHICAGO'S ALLOWED CLAIM

Upon the continued hearing on the Motion (the "Motion")[1] of Fifth Third Bank Chicago ("Fifth Third"), pursuant to sections 105(a), 502 and 506 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to the Bidding Procedures Order, for determination of the amount of its allowed claim, Fifth Third advising the Court that it has withdrawn its request for attorneys' fees and post-petition interest accruing on its pre-petition claim, the Court having reviewed the Motion and having considered the statements of counsel and the evidence presented with respect to the Motion at a hearing before the Court (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) notice of the Motion and the Hearing was sufficient under the circumstances and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED with the exception of Fifth-Third's request for attorneys' fees and post-petition interest accruing on its pre-petition claim, each of which are withdrawn.

2. Fifth Third's allowed secured pre-petition claim is $3,845,267.30, which is the balance owing on the petition date.

3. Fifth Third's allowed post-petition superpriority secured claim is $197,259.58 as of August 28, 2008.

---

[1] All capitalized terms not defined herein shall have the meanings ascribed in the Motion.

4.  This Order determines the amount of Fifth Third's allowed claims for purposes of credit bidding at the Debtor's auction of its assets, as well as for distribution and payment purposes.

Dated: Chicago, Illinois
September 18, 2008

_____
Hon. Carol A. Doyle
Chief Bankruptcy Judge

050358 / 126161
GJJOR 40462